UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>UILESE TOLAI,<br><br>        Defendant. | Case No. 1-18-cr-00097-BLW-3<br><br>**REPORT AND RECOMMENDATION** |

On September 11, 2018, Defendant UILESE TOLAI appeared before the undersigned United States Magistrate Judge to enter a change of plea pursuant to a written plea agreement. The Defendant executed a waiver of the right to have the presiding United States District Judge take his change of plea. Thereafter, the Court explained to the Defendant the nature of the charges contained in the Indictment (Dkt. 1), the maximum penalties applicable, his Constitutional rights, the impact that the Sentencing Guidelines will have, and that the District Judge will not be bound by the agreement of the parties as to the penalty to be imposed.

The Court, having conducted the change of plea hearing and having inquired of the Defendant, counsel, and the Government, finds there is a factual basis for the Defendant's guilty plea, that he entered it voluntarily and with full knowledge of the consequences, and that the plea should be accepted. The undersigned also ordered a pre-sentence investigation to be conducted and a report prepared by the United States

**REPORT AND RECOMMENDATION - 1**

Probation Office.

Because the offense to which Defendant entered his guilty plea is an offense in a case described in subparagraph (C) of subsection (f)(1) of Section 3142 in Title 18 of the United States Code, subjecting Defendant to detention upon a finding of guilt under Section 3143(b)(2), the undersigned considered whether, under Section 3145(c), exceptional reasons were clearly shown as to why Defendant's detention pending imposition of sentencing would not be appropriate.

In this case, Defendant was arrested in Nevada, and had his initial appearance on the Indictment in the District of Nevada on March 26, 2018. The Government did not seek detention at that time. Defendant was released upon his own personal recognizance subject to conditions of release. (Dkt. 34, 50, 52.) Defendant had his initial appearance and arraignment in the District of Idaho on April 19, 2018, before Magistrate Judge Ronald E. Bush. The Government did not object to continued release. Defendant was released on the same conditions set by the District of Nevada. (Dkt. 50, 52).

Since his initial appearance in the District of Nevada on March 26, 2018, the Defendant has complied with all conditions of pretrial release. He is currently being supervised in the District of Nevada. Because the Defendant tested negative to an initial urinalysis, no further drug testing was required. Defendant obtained and has maintained full-time employment. Defendant has maintained also his residence with the third-party custodian, his father. Further, during his pretrial supervision, he has appeared in the District of Idaho for all court appearances. Defendant has no prior criminal history.

According to the Government, it has no objection to the Court finding exceptional reasons to continue Defendant's release. The Government is not aware of any facts suggesting Defendant poses an enhanced risk of flight or danger to the community at this time. The pretrial status report indicates Defendant is in compliance with all conditions of release, and Pretrial Services has recommended that Defendant's conditions of pretrial supervision remain unchanged.

According to the Defendant's proffer, the Defendant's wife is pregnant and at a critical stage in her high-risk pregnancy where she needs the care and support of the Defendant. Additionally, the couple has a young son, who is one year of age, for whom Defendant's wife needs assistance with his care during her pregnancy.

Upon consideration of the totality of the circumstances presented in this case, and upon finding Defendant is unlikely to flee or pose a danger to the community if release is continued, the Court will recommend release be continued under the conditions previously imposed. The Court finds that exceptional reasons have been clearly shown by Defendant that detention pending imposition of sentencing would not be appropriate.

**REPORT AND RECOMMENDATION - 3**

# **RECOMMENDATION**

**NOW THEREFORE IT IS HEREBY RECOMMENDED:**

1)   The District Court accept Defendant UILESE TOLAI's plea of guilty to Count 1 of the Indictment (Dkt. 1),

2)   The District Court order forfeiture consistent with Defendant UILESE TOLAI's admission to the Criminal Forfeiture allegation in the Indictment (Dkt. 1) and the Plea Agreement.

3)   The District Court continue Defendant's release pending sentencing, subject to the standard and additional conditions of release previously imposed in the Order Setting Conditions of Release. (Dkt. 50, 52.)

Written objections to this Report and Recommendation must be filed within fourteen (14) days pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(b), or as a result of failing to do so, that party may waive the right to raise factual and/or legal objections to the United States Court of Appeals for the Ninth Circuit.

DATED: September 12, 2018

_____
Honorable Candy W. Dale
United States Magistrate Judge